FILED
DEC 31 2018
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM FEEGBEH, )
)
Plaintiff, )
) Civil Action No. 1:18-cv-02797 (UNA)
v. )
)
JOSEPH KENNEDY, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiffs' *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* applications and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B), which allows for dismissal of a plaintiff's complaint which fails to state a claim upon which relief can be granted or is frivolous or malicious.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and a "complaint plainly abusive of the judicial process is properly typed malicious," *Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981).

The complaint, in its current form, is nearly incomprehensible. Plaintiff provides a rambling account of his personal and family history. Compl. at 2–3. He states that he is intended to inherit various international family-owned oil companies. *Id.* at 3. He sues Congressman Joseph Kennedy, however, the intended cause(es) of action and relief sought are entirely unclear. *Id.* at

1

1. He merely alleges that defendant's father, Ted Kennedy, has been [sic] "selling oil from Venezuelan oil company American families and non-American . . ." in the amount of "three trillion from 1979 [through] 2018." *Id.* at 1–2.

A court may dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi*, 655 F.2d at 1307-08. In addition to failing to state a claim for relief, the instant complaint is deemed frivolous on its face. Consequently, the complaint and this case will be dismissed. A separate order accompanies this memorandum opinion.

Date: December  31 , 2018

United States District Judge